IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01417–EWN–BNB

OLGA SHYLAYEVA-KUCHAR,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
a Massachusetts corporation,

    Defendant.

## ORDER

In its order filed October 13, 2006 (#34), this court ordered Plaintiff's counsel to show cause why rule 11 sanctions should not be imposed for the filings described in that order. Counsel has not responded. Accordingly, it is

ORDERED, pursuant to Fed. R. Civ. P. 54(d) and local rule 54.3, that Defendant may at its election file a motion to recover the attorney fees and costs incurred in connection with resistance to Plaintiff's motion to remand.

Dated this 13th day of November, 2006

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge