IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01417–EWN–BNB

OLGA SHYLAYEVA-KUCHAR,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
a Massachusetts corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The above-entitled matter, having come before the court on a Stipulation for Dismissal with Prejudice, filed on behalf of the Plaintiff and Defendant, and the Court, having reviewed the pleadings filed herein and being advised in the premises:

IT IS HEREBY ORDERED that the above-captioned matter shall be, and hereby is, dismissed, with prejudice, each party to pay her or its own attorneys' fees and costs incurred in connection with this matter.

SO ORDERED this 15th day of November, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                UNITED STATES DISTRICT JUDGE